**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    MATTHEW PAUL TANASE<br><br>                    Debtor(s) | ) CASE NO: 05-58262-659  Chapter 13<br>)<br>) Trustee's Objection to Confirmation<br>)<br>) Original confirmation hearing<br>) set for Jan 05, 2006 10:00 AM |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

 1. Debtor lacks sufficient income to fund the plan.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                      /s/ John V. LaBarge, Jr.
KLW-221                               --------------------------------
                                      John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on November 23, 2005 :  St. Louis, MO 63143   (314) 781-8100
                                      trust33@ch13stl.com   Fax:(314) 781-8881
SHERK & SWOPE LLC
1620 S HANLEY RD
ST LOUIS MO  63144


MATTHEW PAUL TANASE
703 N 13TH STREET #404
SAINT LOUIS MO  63103
```